**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Martin Carl KRUSE, Defendant–Appellant.**

**No. 07–30131.**

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Feb. 26, 2008 *.

Filed March 10, 2008.

Marcia Good Hurd, Esq., Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

David F. Ness, Esq., Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

MEMORANDUM **

Martin Carl Kruse appeals from the 63–month sentence imposed, following his guilty-plea conviction for knowingly and unlawfully attempting to manufacture methamphetamine, or aiding and abetting another attempting to manufacture methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846, and 18 U.S.C. § 2. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Kruse contends that the district court erred in imposing a seven-level upward adjustment, pursuant to U.S.S.G. § 2D1.1(6)(B), for creating a "substantial risk of harm to human life." We disagree. The district court properly applied the relevant factors enumerated in the commentary accompanying § 2D1.1, in determining that this particular manufacturing operation created a substantial risk of harm to human life. *See* U.S.S.G.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

§ 2D1.1(b)(6)(B) cmt. n. 20(A); *see also United States v. Staten,* 466 F.3d 708, 715 (9th Cir.2006) (requiring consideration of each factor and the extent to which it pertains to the facts of a particular case).

Kruse's motion to expedite, filed on July 25, 2007, is denied as moot.

**AFFIRMED.**